AO 451 (Rev.12/93) Certification of Judgment

**U. S. DISTRICT COURT - DE**
**MISC. CASE # 05-194**

# UNITED STATES DISTRICT COURT

_____EASTERN_____ DISTRICT OF _____TENNESSEE_____

TRINITY OUTDOOR, LLC.
V.
PHOENIX STRUCTURES & SERVICE INC.,
and SUN OUTDOOR HOLDINGS, INC.

**CERTIFICATION OF JUDGMENT
FOR REGISTRATION IN
ANOTHER DISTRICT**

Case Number:   1:04-cv-202

I, _____Patricia L. McNutt_____ Clerk of the United States district court certify that the attached judgment is a true and correct copy of the original judgment entered in this action _____9/16/05_____, as it
Date
appears in the records of this court, and that

\* no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.

**IN TESTIMONY WHEREOF,** I sign my name and affix the seal of this Court.

September 30, 2005
Date

Patricia L. McNutt
Clerk

R. U
(By) Deputy Clerk

\*Insert the appropriate language: ..."no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed." ..."no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such a motion having been entered on [date]." ..."an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]. ..."an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

(†Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| TRINITY OUTDOOR, LLC, a Georgia limited liability company ) ) ) Plaintiff, ) ) vs. ) PHOENIX STRUCTURES & SERVICE, ) INC., a Tennessee Corporation, and SUN ) OUTDOOR HOLDINGS, INC., a Delaware ) Corporation, ) ) Defendant. ) | No. 1:04–cv–202  Magistrate Judge Carter |

**FINAL JUDGMENT**

For the reasons set forth in the accompanying memorandum, Trinity's unopposed motion for summary judgment is hereby **GRANTED** and **FINAL JUDGMENT** shall enter in favor of Trinity against Phoenix in the amount of $724,542.47; provided, however, that said Final Judgment is collectible from and to the extent of proceeds available from applicable insurance policies in accordance with the Stipulation agreed to by Trinity, dated August 11, 2003, and approved by the Bankruptcy Court by Order dated August 21, 2003 (Case No. 02-12808 U.S. Bankr. Del., Mary F. Walrath, J.) which is incorporated by this reference (Court File No. 23, Exhibits 2 & 3).

The plaintiff is entitled to **JUDGMENT** in its favor. The Clerk shall close the file.

SO ORDERED.

ENTER.

s/William B. Mitchell Carter
UNITED STATES MAGISTRATE JUDGE