

CHAMBLISS, BAHNER & STOPHEL, P.C.

MERITAS LAW FIRMS WORLDWIDE

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2005 OCT -3  AM 10: 08

1000 Tallan Building
Two Union Square
Chattanooga, TN 37402
Tel 423.756.3000
www.cbslawfirm.com

Gary D. Lander
Tel 423.757.0220
Fax 423.508.1220
glander@cbslawfirm.com

September 30, 2005

VIA FEDERAL EXPRESS
Clerk of Court
U.S. District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

U. S. DISTRICT COURT - DE
MISC. CASE # 05-194

Re:   Trinity Outdoor, LLC v. Phoenix Structures & Service, Inc., et al.
      United States District Court, Eastern District of Tennessee at Chattanooga

Dear Sir/Madam:

Enclosed are the original and one photocopy of the Certification of Judgment for Registration in Another District and the Final Judgment rendered on September 16, 2005 in our federal district court along with our firm's check in the amount of $39.00.

Please file these items as a miscellaneous case. Please return the photocopy of each in the enclosed, stamped, self-addressed envelope endorsed with the miscellaneous case docket number and your date stamp.

Please call the undersigned or my assistant, Marie Bullock, if there are any problems or questions regarding this submission.

Very truly yours,

Gary D. Lander

GDL/meb
Enclosures
cc:   Mr. Andrew Koplan (w/encl.)

08585_00/0401/MEB-000624_1