UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| TRINITY OUTDOOR, LLC,<br>a Georgia limited liability company<br><br>Plaintiff,<br><br>Vs.<br><br>PHOENIX STRUCTURES &<br>SERVICE, INC., a Tennessee<br>Corporation, and SUN OUTDOOR<br>HOLDINGS, INC, a Delaware<br>Corporation<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Misc. Case No.: 05-194<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

RECEIVED DEC 5 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

**SATISFACTION OF JUDGMENT**

Plaintiff, by counsel, hereby gives notice that the Final Judgment rendered in favor of Trinity Outdoor, LLC against Defendant, Phoenix Structures & Service, Inc. in the United States District Court for the Eastern District of Tennessee at Chattanooga [Doc. No. 81, Filed 09/16/05] has been SATISFIED.

CHAMBLISS, BAHNER & STOPHEL, P.C.

By: _____
Gary D. Lander (TN BPR #000811)
1000 Tallan Building, Two Union Square
Chattanooga, TN 37402-2500
Telephone: (423) 756-3000
Facsimile: (423) 265-9574

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Satisfaction of Judgment was served upon the following counsel for the defendants by United States Mail, postage prepaid and properly addressed this __1__ day of December, 2005 as follows:

> William T. Mitchell
> Cruser & Mitchell, LLP
> Peachtree Ridge, Suite 750
> 3500 Parkway Lane
> Norcross, GA  30092
>
> Tom LeQuire
> Spicer, Flynn & Rudstrom
> 735 Broad Street, Suite 407
> Chattanooga, TN  37402
>
> *Counsel for Phoenix Structures & Service, Inc.*
>
> Malcolm McCune, Esq.
> Blackburn & McCune
> 201 Fourth Avenue North, Suite 1700
> Nashville, TN  37219
>
> *Counsel for Sun Outdoor Holdings, Inc.*
>
> Mr. Michael G. Menkowitz
> Fox, Rothschild, O'Brien & Frankel
> 2000 Market Street, 10th Floor
> Philadelphia, PA  19103
>
> *Counsel for Defendants' Trustee in Bankruptcy*

/s/ Gary D. Lander
Gary D. Lander